UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  EDWARD F. AMENDOLA, SR.    Chapter 13
Case No: 12-17293-JNF

NOTICE OF WITHDRAWAL OF
TRUSTEE'S MOTION FOR ORDER DISMISSING CASE

    Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee, and withdraws her Motion for Order Dismissing this case, which Motion was filed on August 27, 2014.  As grounds therefore, the Trustee asserts that the grounds in the Motion have been satisfied.

Dated:  December 1, 2014

    Respectfully submitted,
Carolyn A. Bankowski
Standing Chapter 13 Trustee

By:/s/ Carolyn A. Bankowski
Carolyn A. Bankowski (BBO#631056)
Patricia A. Remer (BBO#639594)
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114-0022
(617) 723-1313
13trustee@ch13boston.com

Certificate of Service

    The undersigned hereby certify that a copy of the within Notice of Withdrawal by Chapter 13 Trustee of Motion for Order Dismissing Case was served upon the Debtor's counsel by electronic notice, at the address set forth below.

Dated: December 1, 2014    /s/ Carolyn A. Bankowski

Leslie F. Su, Esquire
Minerva Law, P.C.
300 Brickstone Square, Suite 201
Andover, MA 01810