UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>EDWARD F. AMENDOLA, SR.,<br><br>Debtor. | Chapter 13<br>Case No. 12-17293-JNF |

### CERTIFICATE OF CONFERENCE REGARDING LIMITED OBJECTION BY PEOPLES FEDERAL SAVINGS BANK TO DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN AND RESERVATION OF RIGHTS

NOW COMES Peoples Federal Savings Bank successor-by-merger to Brookline Co-operative Bank (the "Bank"), a secured creditor of Edward F. Amendola, Sr. (the "Debtor"; together with the Bank, the "Parties"), and, through the undersigned counsel, hereby files this Certificate of Conference pursuant to MLBR Appendix 1, Rule 13-8(e) and states that Attorneys Christine Devine and Kate Foley, representing the Bank, conferred by telephone on January 6, 2015 at approximately 1:45 p.m. with Attorney Leslie Su, representing the Debtor, regarding the Bank's limited objection to the Debtor's Third Amended Chapter 13 Plan (the "Limited Objection") [Docket No. 127] and the Debtor's response to the Limited Objection [Docket No. 128].

The Parties have agreed to continue discussions regarding the Debtor's intended sale of the Debtor's residence and the payment of the Bank's secured claims.

Respectfully submitted,

**PEOPLES FEDERAL SAVINGS BANK**

By its counsel,

/s/ Kate P. Foley
Christine E. Devine, BBO #566990
Kate P. Foley, BBO #682548
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone: (508) 898.1501
Fax:    (508) 898.1502
Email: cdevine@mirickoconnell.com
Email: kfoley@mirickoconnell.com

- and -

Joshua M. Fox, BBO #636237
Rollins, Rollins & Fox
36 Glen Avenue
Newton Center, MA 02459
Phone: (617) 969.7555
Fax:    (781) 489.1039
Email: jfox@rrf-law.com

Dated: January 21, 2015

{Practice Areas/CORP/22503/00004/A2817460.DOC}

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>EDWARD F. AMENDOLA, SR.,<br><br>Debtor. | Chapter 13<br>Case No. 12-17293-JNF |

### CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2015, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage prepaid, or as otherwise noted on the Service List:

**Certificate of Conference Regarding Limited Objection by
Peoples Federal Savings Bank to Debtor's Third Amended Chapter 13 Plan
and Reservation of Rights.**

/s/ Kate P. Foley
Kate P. Foley, BBO #682548
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Dated: January 21, 2015          Email: kfoley@mirickoconnell.com

{Practice Areas/CORP/22503/00004/A2819692.DOC}

## SERVICE LIST

**Edward F. Amendola, Sr., Debtor**
**Chapter 13, Case No. 12-17293-JNF**

| | | |
|---|---|---|
| John Fitzgerald<br>Office of U.S. Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Floor, Suite 1000<br>Boston, MA 02109<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Edward F. Amendola, Sr.<br>208 Turtle Pond Parkway<br>Hyde Park, MA 02136<br>(Debtor) |
| Jennifer M. Amendola<br>208 Turtle Pond Parkway<br>Hyde Park, MA 02136<br>(Non-Debtor Spouse) | Leslie F. Su, Esq.<br>Minerva Law, P.C.<br>300 Brickstone Square<br>Suite 201<br>Andover, MA 01810<br>(Counsel to Debtor)<br>**VIA ECF** | Carolyn Bankowski<br>Chapter 13 Trustee<br>P.O. Box 8250<br>Boston, MA 02114<br>(Chapter 13 Trustee)<br>**VIA ECF** |
| Joshua M. Fox, Esq.<br>Rollins, Rollins & Fox<br>36 Glen Avenue<br>Newton Center, MA 2459<br>(Co-counsel to Peoples Federal Savings Bank)<br>**VIA ECF** | City of Boston<br>Office of the Collector of Taxes<br>City Hall Room M-5<br>Boston, MA 02201-1020<br>(Schedule D Creditor) | American Profit Recovery<br>34405 W 12 Mile Road, te 379<br>Farmington, MI 48331<br>(Schedule F Creditor) |
| Beta Finance Company, Inc.<br>P.O. Box 660232<br>Indianapolis, MI 46266<br>(Schedule F Creditor) | Boston Childrens Hospital<br>P.O. Box 415286<br>Boston, MA 02241-5286<br>(Schedule F Creditor) | Boston Water & Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2540<br>(Schedule F Creditor) |

2

{Practice Areas/CORP/22503/00004/A2819692.DOC}(ALL)

## SERVICE LIST

**Edward F. Amendola, Sr., Debtor**
**Chapter 13, Case No. 12-17293-JNF**

Children's Orthopedic
Surgery Foundation
P.O. Box 414508
Boston, MA 02241-4508
(Schedule F Creditor)

Curry College
1071 Blue Hill Avenue
Milton, MA 02186
(Schedule F Creditor)

First Financial Resources, Inc.
209 West Central St., Suite 107
Natick, MA 01760-3716
(Schedule F Creditor)

First Source Financial
Solutions
P.O. Box 7609
Nashua, NH 03060-7609
(Schedule F Creditor)

HSBC
P.O. Box 5253
Carol Stream, IL 60197
(Schedule F Creditor)

NCO Financial
P.O. Box 15391
Wilmington, DE 19850
(Schedule F Creditor)

Nstar
1 Nstar Way
Westwood, MA 02090
(Schedule F Creditor)

John Houton, Esq.
Assistant Corporation Counsel
City of Boston
City Hall Room M-5
One City Hall Square
Boston, MA 02201
(Counsel to Creditor City of Boston Treasury Department)
**VIA ECF**

Linda Fidgeon
Berkshire Hathaway Home Services Realty
BHHS Page Realty
26 Franklin Street
Wrentham, MA 02093
(Real Estate Broker)

3