# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  Edward F. Amendola, Sr.                    Case Number:  12-17293                    Ch:  13

**MOVANT/APPLICANT/PARTIES:**

#139 Expedited Motion of Debtor to Sell 208 Turtle Pond Parkway, Hyde Park, MA (Leslie Su) (Objections/Higher Offers due by 3/25/2014 at 4:00 p.m.)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  #139  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  In light of the representations made by Debtor's counsel at today's hearing and no objection or higher offer having been submitted, the motion is granted and the sale is approved.  The Debtor is authorized to close the sale immediately.  A separate order was entered.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *Joan N. Feeney*  Dated: 03/26/2015
_____                       _____
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge